1  AARON D. FORD
     Attorney General
2  HEIDI H. DEMERS, Bar No. 17034C
     Deputy Attorney General
3  State of Nevada
   100 N. Carson Street
4  Carson City, Nevada 89701-4717
   Tel: (775) 684-1120
5  E-mail: hdemers@ag.nv.gov

6  *Attorneys for Interested Party,*
   *Nevada Department of Corrections*
7

8                    **UNITED STATES DISTRICT COURT**

9                           **DISTRICT OF NEVADA**

10 | KARL SCHENKER,                    | Case No. 3:24-cv-00522-MMD-CSD
11 |         Plaintiff,                | ORDER GRANTING STIPULATION
12 | v.                                | FOR DISMISSAL WITH PREJUDICE
13 | TOM WYATT, *et al*,               |
14 |         Defendants.               |

15

16     IT IS HEREBY STIPULATED by and between Defendants, by and through
17 counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Heidi H. Demers,
18 Deputy Attorney General, of the State of Nevada, Office of the Attorney General, and
19 Karl Schenker, Plaintiff, pro se, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil
20 Procedure, that the above-captioned action shall be dismissed with prejudice, with each
21 party bearing their own attorney's fees and costs.
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

                                     Page 1

1 | The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 24th day of October 2025.	DATED this 24th day of October 2025.

                                             AARON D. FORD

                                             Attorney General

_____	/s/ Heidi H. Demers_____
Karl Schenker, # 1026941	Heidi H. Demers, (Bar No. 17034C)
Plaintiff, *pro se*	*Attorneys for Defendant*

## ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED ____December 2, 2025._____

_____
UNITED STATES DISTRICT JUDGE

Page **2**